# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 01:04-CR-0043 |
| : | |
| : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **GIDEON BAILEY** : | |

## AMENDING ORDER

AND NOW, this **7th** day of December, 2005, upon consideration of the order of court (Doc. 50) dated November 21, 2005, granting the government's motion to reduce the sentence previously imposed on defendant, it is hereby ORDERED that paragraph 2 of the prior order of court (Doc. 50 ¶ 2) is AMENDED to read as follows:

2. The judgment (Doc. 45) in the above-captioned case is AMENDED only to reflect that defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of seventy-eight (78) months—forty-five (45) months on Count I and thirty-three (33) months on Count II, to be served consecutively. See FED. R. CRIM. P. 35(b).

    a. This amendment relates back to the date of the original judgment, which shall otherwise remain unchanged.

    b. Any condition of the original judgment of sentence that has been fully or partially satisfied by the defendant shall be credited towards the amended judgment.

                                                        /s/ Christopher C. Conner
                                                    CHRISTOPHER C. CONNER
                                                    United States District Judge